**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile:  408.715-6707

Attorneys for Petitioner
Will Co. Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | CASE NO. 25-mc-80223<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO OBTAIN THE IDENTITY OF A CLOUDFLARE, INC. CUSTOMER PURSUANT TO 17 U.S.C. § 512(h)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Petitioner Will Co. Ltd ("Will Co.") through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. 512(h), issue the proposed subpoena to Cloudflare, Inc. ("Cloudflare") to identify certain alleged infringers of certain works in which Will Co. is the authorized copyright owner, as set forth in the supporting Declaration of Bruno Tarabichi ("Tarabichi Decl.") being filed concurrently herewith.

In support of its request, Will Co. submits and attaches the following: (1) a proposed subpoena (see Exhibit A); (2) a sworn declaration attesting that the purpose for which the DMCA subpoena is sought is proper under the DMCA (see Tarabichi Decl. ¶ 7); and (3) a copy of the

Section 512(c)(3)(A) notice sent at Will Co.'s direction to Cloudflare. (See Schedule 1 of Tarabichi Decl.)

Dated: August 1, 2025                TMW LAW

                                     By:  /s/ Bruno Tarabichi
                                          Bruno Tarabichi
                                          *Attorneys for Will Co. Ltd.*