# SCHEDULE 1

                                                              Bruno Tarabichi <bruno@tmwlawfirm.com>

## Notification of Copyright Infringement Pursuant to 17 U.S.C. § 512
1 message

**Bruno Tarabichi** <bruno@tmwlawfirm.com>                                             Thu, Jul 31, 2025 at 12:18 PM
To: abuse@cloudflare.com
Bcc: Bruno Tarabichi <bruno@tmwlawfirm.com>

Please see the attached letter containing Will Co.'s Notification of Copyright Infringement and DMCA takedown request.

If you have any questions or concerns, please do not hesitate to contact me.



**Bruno Tarabichi**
TMW Law

Phone: 408-634-0324| Fax: 408-715-6707 | Email: bruno@tmwlawfirm.com
www.tmwlawfirm.com
Address: 4750 Almaden Expy 124-359, San Jose, CA 95118 I bruno.tarabichi

 

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

 **DMCA Takedown Letter to CloudFlare.pdf**
524K

TMWLaw

July 31, 2025

**By Email**

Cloudflare, Inc.
Legal Department
abuse@cloudflare.com
101 Townsend St
San Francisco, CA 94107

    Re:    Notification of Copyright Infringement Pursuant to 17 U.S.C. § 512

To Whom It May Concern,

I represent Will Co. Ltd., a Japanese corporation (hereinafter called "Will Co."), the authorized holder of copyrights in works identified under the column entitled "Original Work" in the table below:

| Title of Original Work | Copyright Holder | Original Work | Infringing Work |
| --- | --- | --- | --- |
| SSNI240 | WILL CO. LTD. | https://s1s1s1.com/works/detail/SSNI240 | https://missav.ai/dm2/ja/ssni-240-uncensored-leak |
| SSNI240 | WILL CO. LTD. | https://s1s1s1.com/works/detail/SSNI240 | https://fourhoi.com/ssni-240-uncensored-leak/cover-n.jpg |
| SSNI240 | WILL CO. LTD. | https://s1s1s1.com/works/detail/SSNI240 | https://missav.ws/dm2/ja/ssni-240-uncensored-leak |
| SSNI240 | WILL CO. LTD. | https://s1s1s1.com/works/detail/SSNI240 | https://njavtv.com/dm2/ssni-240-uncensored-leak |

It has recently come to Will Co.'s attention that certain users of your services have unlawfully published and posted certain content that infringes upon copyrights held by Will Co. The infringing content on the websites is located at

1. https://missav.ai/dm2/ja/ssni-240-uncensored-leak;
2. https://fourhoi.com/ssni-240-uncensored-leak/cover-n.jpg;
3. https://missav.ws/dm2/ja/ssni-240-uncensored-leak; and
4. https://njavtv.com/dm2/ssni-240-uncensored-leak.

(hereinafter, the "Infringing Works"). In this regard, Will Co. has identified the Infringing Works along with the corresponding original copyrighted work owned by Will Co. in the table above.

Will Co. Ltd. has a good faith belief that the Infringing Work is not authorized by the


4750 Almaden Expressway 124-359
San Jose, California 95118


**P:** 408-634-0324
**F:** 408-715-6707


bruno@tmwlawfirm.com
www.tmwlawfirm.com

Cloudflare, Inc.
Legal Department
abuse@cloudflare.com
July 31, 2025
Page 2

copyright owner, its agent, or the law.

Pursuant to 17 U.S.C. § 512, Will Co. requests that you immediately disable access to the Infringing Works and cease any use, reproduction, and distribution of the Infringing Works and/or original works. Specifically, we request that you remove or disable the Infringing Works at the following links below on any of your systems or services:

1. https://missav.ai/dm2/ja/ssni-240-uncensored-leak;
2. https://fourhoi.com/ssni-240-uncensored-leak/cover-n.jpg;
3. https://missav.ws/dm2/ja/ssni-240-uncensored-leak; and
4. https://njavtv.com/dm2/ssni-240-uncensored-leak.

Please provide written confirmation that you have complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Will Co. and I are authorized to act on behalf of the owner of the exclusive rights in the Original Work that is infringed.

If you have any questions or concerns, please do not hesitate to contact me directly at 408-634-0324 or bruno@tmwlawfirm.com.

Sincerely,

TMW LAW

Bruno Tarabichi



Bruno Tarabichi <bruno@tmwlawfirm.com>

# Report received: (#19803469) Notification of Copyright Infringement Pursuant to 17 U.S.C. § 512

1 message

**Cloudflare** <abuse@cloudflare.com>	Thu, Jul 31, 2025 at 12:18 PM
Reply-To: Cloudflare <abuse@cloudflare.com>
To: Bruno Tarabichi <bruno@tmwlawfirm.com>

##- Please type your reply above this line -##

Your report (#19803469) has been received. Note -- When responding please make sure to keep #19803469 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare does not generally serve as a hosting provider, does not organize or alter content, and does not have the ability to remove content hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by Zendesk